UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

EVELINA CALCANO, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

          Plaintiffs,

          v.

CODEX BEAUTY CORPORATION,

          Defendant.

------------------------------------- x

No.: 1:21-cv-7147

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), EVELINA CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, CODEX BEAUTY CORPORATION, with prejudice and without fees and costs.

Dated: New York, New York
         December 9, 2021

                                                  **GOTTLIEB & ASSOCIATES**

                                                  _/s/Michael A. LaBollita, Esq._

                                         Michael A. LaBollita, Esq., (ML-9985)
                                               150 East 18th Street, Suite PHR
                                                        New York, NY 10003
                                                           Phone: (212) 228-9795
                                                              Fax: (212) 982-6284
                                                            Michael@Gottlieb.legal

                                                              _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge